Waiver of Indictment

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 10 - 141

**MITCHELL RUBIN**

FILED
APR 0 8 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Mitchell Rubin, the above named defendant, who is accused of one count of obstruction of justice in violation of

18 U.S.C. § 1503

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Mitchell Rubin            Defendant

_____
                          Witness

4/7/10
Date

_____
Joseph J. Grimes    Counsel for Defendant

4/7/10
Date

_____
Barry I. Gross    Co-Counsel for Defendant