IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 10-CR-00141-001 |
| : | |
| MITCHELL RUBIN : | |
| : | |

PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Please mark as satisfied the financial penalties portion of the judgment entered in the above-captioned case. This praecipe, however, does not apply to any other provisions of the judgment entered against the above-named defendant.

ZANE DAVID MEMEGER
United States Attorney

_____
JOSEPH F. MINNI
Assistant United States Attorney
(Pennsylvania Bar ID. No. 53241)
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476

Date: 5/31/11