Case 2:10-cr-00141-RB   Document 13   Filed 03/22/12   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
           v.                                          : CRIMINAL NO. 10-cr-141
                                                        :
MITCHELL RUBIN                     :

## ORDER

AND NOW, this 22 day of March 2012, Defendant, Mitchell Rubin, has requested permission to travel to Mexico for a wedding. In that regard Mr. Rubin has possession of his United States Passport as no conditions of Supervision were imposed relative thereto. Neither the United States Probation Office, nor the United States Attorneys Office objects to said request. It is hereby **ORDERED** that:

1. Permission is hereby **Granted** for Defendant Mitchell Rubin to travel from Philadelphia to Mexico on Wednesday May 2, 2012, and return to Philadelphia Sunday May 6, 2012;

2. Pursuant to the request of the United States Probation Office Mr. Rubin shall deliver his Passport to his Probation Officer within 48 hours of his return to the United States; and

3. Proof of the trip's purpose, and the specific itinerary; such as flights and hotel accommodations shall be promptly provided by Mr. Rubin to his Probation Officer.

BY THE COURT

_____
Ronald L. Buckwalter, SUSDCJ